C. S. PAUL, as Tax Collector of Volusia County, Florida, W. HOMER SMITH, as Tax Assessor of Volusia County, Florida, and J. M. LEE, as Comptroller of the State of Florida, v. MURRAY SAMS.

21 So. (2nd) 717                                       January Term, 1945
March 2, 1945                                          Division B

*Charles W. Luther,* for appellants.

*Murray Sams* and *P. W. Harvey,* for appellee.

PER CURIAM:

The decree appealed from is affirmed upon the principles enunciated by this Court in Schleman v. Connecticut General Life Insurance Company, 151 Fla. 96, 9 So. 2nd 197.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.